8983.　EDERHEIMER, STEIN & COMPANY *v.* CARSON.

</div>

BROYLES, P. J. Under the particular facts of the case the garnishee was liable to the plaintiff; and the court, sitting by consent without the intervention of a jury, erred in finding against the traverse to the answer of the garnishee.

<div align="center">

*Judgment reversed. Bloodworth and Harwell, JJ., concur.*

DECIDED NOVEMBER 16, 1917.

</div>

Garnishment; from Tift superior court—Judge Eve. May 12, 1917.

*J. J. Murray,* for plaintiff.　*Fulwood & Hargrett,* for defendant.